UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-09244-JLS-MAA                                    Date: March 25, 2026
Title:  In the Matter of Live Life Bella Vita LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE
TO PROSECUTE**

On February 25, 2026, the Court granted Plaintiffs-in-Limitation's Motion for an Order Granting Exoneration from Liability, which exonerated and discharged Plaintiffs-in-Limitation from any and all claims, losses, and/or injuries that occurred as a result of the incident that occurred in October 2022.  (Exoneration from Liability Order, Doc. 120.)  Plaintiffs-in-Limitation previously represented that the parties would seek dismissal of all pending cross-claims following exoneration from liability.  (Status Report, Doc. 119.)  The Court therefore ordered Plaintiffs-in-Limitation to file a proposed judgment following dismissal of the cross-claims.  (Exoneration from Liability Order at 2.)  To date, Plaintiffs-in-Limitation have neither sought dismissal nor filed a proposed judgment.

Accordingly, the Court ORDERS the parties to show cause no later than **April 1, 2026**, as to why this action should not be dismissed and the case administratively closed for failure to prosecute.  Alternatively, by that same date the parties may file the proper dismissals and proposed judgment with the Court.

Initials of Deputy Clerk: kd